# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SONIA GONZALEZ ORTIZ (3),<br><br>　　　　　　　Defendant. | Case No. 22-cr-1593-JO<br><br>Booking No. 08096-510<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

Based upon the motion of the United States, the Court grants the United States' motion to dismiss without prejudice the Information in the above entitled case against defendant Sonia Gonzalez Ortiz. (Dkt. 77.) The defendant is hereby discharged and the bond is hereby exonerated.[1]

IT IS SO ORDERED AND ADJUDGED.

DATED: August 10, 2023

　　　　　　　　　　　　　　HONORABLE JINSOOK OHTA
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] If the bond was secured by a cash deposit and/or property, defense counsel must prepare an order to disburse funds and/or release collateral and submit the proposed order, pursuant to General Order 635 (S.D. Cal. February 6, 2014), to the Magistrate Judge who set the bail conditions.